JUDGE BAER

U. S. DISTRICT COURT FILED FEB 20 2001 S. D. OF N.Y.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA :

INFORMATION DOC # 8

- v. - :

NOEL JOSEPH, : 01 Cr. _____ ( )

Defendant. : 01 CRIM. 138

- - - - - - - - - - - - - - - - - - x

COUNT ONE

The United States Attorney charges:

From on or about November 10, 2000 through on or about November 12, 2000, in the Southern District of New York and elsewhere, NOEL JOSEPH, the defendant, unlawfully, willfully and knowingly, with the intent to cause death and serious bodily harm, took a motor vehicle that had been transported, shipped, and received in interstate and foreign commerce from the person and presence of another by force and violence and by intimidation, and did cause serious bodily injury, to wit, NOEL JOSEPH, the defendant, and others struck an individual on the head with a hammer, causing serious bodily injury, and thereafter stole the individual's Lexus automobile.

(Title 18, United States Code, Sections 2119(2) and 2.)

MICROFILM FEB 21 2001 -3 00 PM

Mary Jo White
MARY JO WHITE
United States Attorney

4-5-01 Deft present with atty Allan Haber
AUSA William Johnson present. Ct. Rpt. Kristen Carannante present. Deft withdraws previous plea of not guilty and pleads guilty as charged. Plea Agreement marked as Ct. Exh 1, Court accept plea. PSI ordered, sentence set for 7/12/01 at 11 am
Deft con't. detained.

Boer J.

7/17/01- Deft present with atty Allan Haber
AUSA William Johnson, Ct Rpt Steve Cohen both present.
Deft sentenced to 87 months incarceration, 3 year supervised release, $100. special assessment. Deft remanded to U.S. Marshall's.

Boer J.

PH.

Form No. USA-33s-274 (Ed. 9-25-58)

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**UNITED STATES OF AMERICA**

**- v -**

**NOEL JOSEPH,**

**Defendant.**

**INFORMATION**

01 Cr. ____ ( )

Title 18, United States Code, Sections 2119(2) and 2.

MARY JO WHITE
United States Attorney.

A TRUE COPY
J. MICHAEL McMAHON, CLERK
BY [signature]
DEPUTY CLERK

2/20/01 Waiver of Indictment and Information filed. Deft present with atty Allen Haler, AUSA William Johnson present. Ct. Rpt - Tom Murray present. Deft pleads not guilty, next PTC set for 3/22/01 at 11:00 AM discovery to be complete by 3/22/01. Deft con't detained. Baer J.