DOC # 7

JUDGE BAER

al 7/17/01

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

U. S. DISTRICT COURT FILED FEB 20 2001 S. D. OF N. Y.

UNITED STATES OF AMERICA

- v. -

NOEL JOSEPH,

Defendant.

WAIVER OF INDICTMENT

01 Cr. _____ (HB)

01 CRIM. 138

NOEL JOSEPH, the above-named defendant, who is accused of violating Title 18, United States Code, Section 2119(2), being advised of the nature of the charge and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

Dated: New York, New York
February 20, 2001

Defendant

Witness

Counsel for Defendant

MICROFILM FEB 21 2001 -3 00 PM

A TRUE COPY
J. MICHAEL McMAHON, CLERK

BY ____
DEPUTY