CLOSED

# U.S. District Court
## United States District Court for the Southern District of New York (Foley Square)
## CRIMINAL DOCKET FOR CASE #: 1:01-cr-00138-HB All Defendants
## Internal Use Only

Case title: USA v. Joseph
Magistrate judge case number: 1:00-mj-02045

Date Filed: 02/20/2001
Date Terminated: 07/17/2001

---

Assigned to: Judge Harold Baer

Appeals court case numbers: 01-1405, 01-1405.

**Defendant**

**Noel Joseph** (1)
*TERMINATED: 07/17/2001*

represented by **Allan Paul Haber**
Law Office of Allan P. Haber
52 Duane Street
NY, nY 10007
212-233-4411
Fax: 212-233-4414
Email: allanhaber@aol.com
*TERMINATED: 07/17/2001*
*LEAD ATTORNEY*
*Designation: CJA Appointment*

**Pending Counts**

18:2119.F MOTOR VEHICLE THEFT - CARJACKING - (Title 18 USC Sections 2119(2) and 2.)
(1)

**Disposition**

Imprisonment: 87 months. Supervised Release: 36 months. The defendant is to report within 72 hours of his release from custody to the probation office nearest his residency.

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**

None

**Disposition**

**Highest Offense Level (Terminated)**

None

**Complaints**

**Disposition**

A TRUE COPY
J. MICHAEL McMAHON, CLERK
BY [signature]
DEPUTY CLERK

None

**Plaintiff**

**USA**

| Date Filed | # | Docket Text |
|---|---|---|
| 11/15/2000 | 1 | COMPLAINT as to Noel Joseph in violation of 18 U.S.C. 2119, 2312. ( signed by Magistrate Judge Ronald L. Ellis ) [ 1:00-m -2045 ] (gq) (Entered: 11/17/2000) |
| 11/15/2000 | | (Court only) **Added Government Attorney William Johnson [ 1:00-m -2045 ] (gq) (Entered: 11/17/2000) |
| 11/15/2000 | | ARREST of Noel Joseph [ 1:00-m -2045 ] (gq) (Entered: 11/17/2000) |
| 11/15/2000 | 2 | CJA 23 Financial Affidavit as to Noel Joseph : ( Signed by Magistrate Judge Ronald L. Ellis ) [ 1:00-m -2045 ] (gq) (Entered: 11/17/2000) |
| 11/15/2000 | | (Court only) **Added for Noel Joseph : Attorney(s) Allan P. Haber [ 1:00-m -2045 ] (gq) (Entered: 11/17/2000) |
| 11/15/2000 | | First Appearance as to Noel Joseph held. Deft appears with CJA atty Allan Haber. AUSA William Johnson present for the gov't. Detained. Preliminary Examination set for 12/1/00 for Noel Joseph ; (Mag. Judge Ellis). [ 1:00-m -2045 ] (gq) (Entered: 11/17/2000) |
| 11/15/2000 | | CJA 20 APPOINTMENT OF AND AUTHORITY TO PAY COURT APPOINTED COUNSEL as to Noel Joseph : Appointment of Attorney Allan Haber ( Signed by Magistrate Judge Ronald L. Ellis ) [ 1:00-m -2045 ] (df) (Entered: 12/06/2000) |
| 11/15/2000 | | CJA 20 APPOINTMENT OF AND AUTHORITY TO PAY COURT APPOINTED COUNSEL as to Noel Joseph : Appointment of Attorney Allan P. Haber ( Signed by Magistrate Judge Ronald L. Ellis ) [ 1:00-m -2045 ] (mh) (Entered: 12/12/2000) |
| 12/15/2000 | 3 | ORDER as to Noel Joseph, to Continue in Interests of Justice extended to 1/16/01 ( Signed by Magistrate Judge Andrew J. Peck ); Copies mailed. [ 1:00-m -2045 ] (vb) (Entered: 12/18/2000) |
| 01/16/2001 | 4 | AFFIRMATION by USA of AUSA WILLIAM F. JOHNSON as to Noel Joseph Re: in support of an application for a 30 day extension of the order of continuance [ 1:00-m -2045 ] (vb) (Entered: 01/17/2001) |
| 01/16/2001 | | ORAL ORDER as to Noel Joseph , to Continue in Interests of Justice extended to 2/15/01 ( Entered by Magistrate Judge Ronald L. Ellis ) [ 1:00-m -2045 ] (vb) (Entered: 01/17/2001) |
| 02/15/2001 | | ORAL ORDER as to Noel Joseph , to Continue in Interests of Justice extended to 2/22/01 ( Entered by Magistrate Judge Andrew J. Peck [ 1:00-m -2045 ] (vb) (Entered: 02/16/2001) |
| 02/15/2001 | 5 | AFFIRMATION by USA of AUSA WILLIAM F. JOHNSON as to Noel Joseph Re: in support of an application for a seven day extension of the order of continuance [ 1:00-m |

| | | |
|---|---|---|
| | | -2045 ] (vb) (Entered: 02/16/2001) |
| 02/20/2001 | 6 | NOTICE of Intent To File An Information by Noel Joseph, USA. (bw) (Entered: 02/22/2001) |
| 02/20/2001 | 7 | WAIVER OF INDICTMENT by Noel Joseph. (bw) (Entered: 02/22/2001) |
| 02/20/2001 | 8 | FELONY INFORMATION - Felony as to Noel Joseph (1) count(s) 1. (Preliminary Examination cancelled.) (bw) (Entered: 02/22/2001) |
| 02/20/2001 | | Arraignment as to Noel Joseph held: Noel Joseph (1) count(s) 1. Waiver of Indictment and Information filed. Deft present with atty Allan Haber, AUSA William Johnson present. Court Reporter Toni Munoz present. Deft pleads not guilty. Next PTC set for 3/22/01 at 11:00 a.m. Discovery to be complete by 3/22/01. Deft continued detained. ( Held before Judge Harold Baer Jr. ) (bw) Modified on 02/22/2001 (Entered: 02/22/2001) |
| 02/20/2001 | | PLEA entered by Noel Joseph. Court accepts plea. Not Guilty: Noel Joseph (1) count(s) 1. (bw) (Entered: 02/22/2001) |
| 02/20/2001 | | ORAL ORDER as to Noel Joseph . SET scheduling order deadlines: Discovery cutoff deadline set to 3/22/01; Pretrial Conference set for 11:00 a.m. 3/22/01. ( Entered by Judge Harold Baer Jr. ) (bw) (Entered: 02/22/2001) |
| 03/22/2001 | 9 | Filed Memo-Endorsement on letter dated 3/21/01 to Judge Baer signed by AUSA William F. Johnson as to Noel Joseph, reset scheduling order deadlines: Pretrial Conference for 3:20 4/5/01 for Noel Joseph ; , and Time excluded from 3/22/01 until 4/5/01 to Continue in Interests of Justice ( Signed by Judge Harold Baer Jr. ); Copies (mr) (Entered: 03/22/2001) |
| 04/05/2001 | | Change of Plea Hearing as to Noel Joseph held. Deft. present with atty Allan Haber. AUSA William Johnson present. Ct. Rpt. Kristen Carammante present. Deft. withdraws previous plea of not guilty and pleads guilty as charged. Plea agreement marked as Ct. Exhibit 1. Court accepts plea. PSI ordered. Sentence set for 7/12/01 at 11:00 a.m. Deft. continued detained. (rag) (Entered: 04/09/2001) |
| 04/05/2001 | | Change of Not Guilty Plea to Guilty Plea by Noel Joseph Noel Joseph (1) count(s) 1 (rag) (Entered: 04/09/2001) |
| 04/05/2001 | | PLEA entered by Noel Joseph . Court accepts plea. Guilty: Noel Joseph (1) count(s) 1 (rag) (Entered: 04/09/2001) |
| 04/05/2001 | | Court Orders pre-sentence investigation as to Noel Joseph (rag) (Entered: 04/09/2001) |
| 04/05/2001 | | Sentencing set for 11:00 7/12/01 for Noel Joseph , Noel Joseph (1) count(s) 1 (rag) (Entered: 04/09/2001) |
| 04/05/2001 | | (Court only) **Excludable XH start as to Noel Joseph (rag) (Entered: 04/09/2001) |
| 05/31/2001 | 10 | TRANSCRIPT of record of proceedings as to Noel Joseph for dates of 4/5/01. (gmo) (Entered: 05/31/2001) |
| 07/11/2001 | 11 | Filed Memo-Endorsement on letter to Judge Baer dated 7/9/01 from AUSA William F. Johnson as to Noel Joseph, reset Sentencing for 10:30 7/17/01 for Noel Joseph...Adjournment granted to 7/17/01 at 10:30 a.m. So ordered. ( Signed by Judge |

| | | |
|---|---|---|
| | | Harold Baer Jr. ); Copies mailed. (ph) (Entered: 07/11/2001) |
| 07/17/2001 | | Sentencing held Noel Joseph (1) count(s) 1. (ph) (Entered: 07/18/2001) |
| 07/17/2001 | 12 | FILED JUDGMENT in a criminal case. (For offenses committed on or after November 1, 1987). The defendant Noel Joseph (1) pleaded guilty to count(s) 1. Special Assessment: $100. Imprisonment: 87 months. Supervised Release: 36 months. The defendant is report within 72 hours of his release from custody to the probation office nearest his residency. The defendand shall be incarcerated at a facility in the metropolitan area. The defendant is remanded to the custody of the United States Marshal. The above drug testing condition is suspended based on the court's determination that the defendant poses a low risk of future substance abuse. The defendant shall not possess a firearm. Judgment and Commitment issued to U.S. Marshal. Statement of reasons attached. ( Signed by Judge Harold Baer Jr. ). Docketed as a Judgment #01,1368, on 7/19/01. (ph) Modified on 07/20/2001 (Entered: 07/18/2001) |
| 07/17/2001 | | (Court only) **Terminated party Noel Joseph (ph) (Entered: 07/18/2001) |
| 07/17/2001 | | (Court only) **Case closed as to all defendants: Noel Joseph (ph) (Entered: 07/18/2001) |
| 07/26/2001 | 13 | NOTICE OF APPEAL by Noel Joseph Noel Joseph (1) count(s) 1; from; the judgment entered in this action on 7/17/01. Copies mailed to attorney(s) of record: A.U.S.A. and Court Reporters. *(CJA)*. (sb) (Entered: 07/27/2001) |
| 07/27/2001 | | Notice of Appeal with copy of order/judgment and two copies of docket entries as to Noel Joseph transmitted to USCA re: [13-1] appeal on 7/27/01. (sb) (Entered: 07/27/2001) |
| 08/16/2001 | | USCA Case Number as to Noel Joseph Re: [13-1] appeal USCA NUMBER: 01-1405 (sb) (Entered: 08/16/2001) |
| 08/30/2001 | 14 | TRANSCRIPT of record of proceedings as to Noel Joseph for dates of 7/17/01. (moc) (Entered: 08/30/2001) |
| 10/10/2001 | | USCA Case Number as to Noel Joseph Re: [13-1] appeal USCA NUMBER: 01-1405. (dt) (Entered: 10/10/2001) |
| 11/05/2001 | 15 | TRANSCRIPT of record of proceedings as to Noel Joseph for dates of 2/20/01, before Judge Harold Baer Jr. . (yv) (Entered: 11/05/2001) |
| 11/09/2001 | 16 | File notice that the record on appeal as to Noel Joseph has been certified and transmitted to USCA on 11/9/01 [13-1] appeal. (sb) (Entered: 11/09/2001) |
| 12/20/2001 | | by Noel Joseph, Indexed record on appeal files (01-1405) sent to the U.S.C.A. to Michelle Roker. (dt) (Entered: 12/20/2001) |
| 07/09/2002 | 17 | MANDATE OF USCA (certified copy) as to Noel Joseph Re: [13-1] appeal affirming judgment/order Noel Joseph (1) count(s) 1 (rag) (Entered: 07/12/2002) |
| 07/09/2002 | | (Court only) **Remove appeal flag - no further appeals pending (rag) (Entered: 07/12/2002) |
| 11/18/2002 | | Appeal by Noel Joseph. Indexed record on appeal files (01-1405) returned from the USCA. (pr) (Entered: 11/19/2002) |

| | | |
|---|---|---|
| 06/07/2007 | 18 | Supervised Release Jurisdiction Transferred Out to the U.S.D.C. District of Rhode Island (Providence) as to Noel Joseph. (ja) (Entered: 06/07/2007) |
| 06/07/2007 | | TRANSFER OUT SUPERVISED RELEASE DOCUMENTS SENT as to Noel Joseph to the U.S.D.C. District of Rhode Island. The following documents were mailed: Copy of the Transfer of Jurisdiction Form, certified copy of the indictment/ information, certified copy of the docket sheet, and letter of acknowledgment. Mailed via Federal Express AIRBILL # 8582 4870 1573 on 6/13/07. (ja) (Entered: 06/13/2007) |